```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

ROBERT SCOTT BUIE,                :
                                  :
     Plaintiff,                   :
                                  :
     v.                           :    CASE NO. 3:09cv1746(WOB)
                                  :
RUTA PRATT, et al.,               :
                                  :
     Defendants.                  :
```

<u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

TO: LEO ARNONE, COMMISSIONER OF CORRECTIONS, STATE OF CONNECTICUT, THE WARDEN OF MCDOUGALL CORRECTIONAL INSTITUTION, OR ANY OF THEIR PROPER DEPUTIES,

WHEREAS, **ROBERT SCOTT BUIE**, inmate #301057, is confined at the McDougall Correctional Institution, Suffield, Connecticut, in the custody of the Commissioner of Corrections and jury selection is scheduled for **March 20, 2013 at 10:00 a.m.** and a civil jury trial scheduled to begin **March 25, 2013 at 9:30 a.m. and continuing until March 29, 2012,**

WHEREAS it is necessary for the said **ROBERT BUIE** to be before this Court for said proceedings,

You are hereby commanded to deliver the said **ROBERT BUIE**, inmate #301057, to appear at the scheduled proceeding before the U.S. District Court, 450 Main Street, Hartford, Connecticut, on the above dates, and to be returned to your custody immediately the conclusion of the proceedings.

SO ORDERED at Hartford, Connecticut this 13th day of February, 2013.

```
                         _____/s/_____
                         Donna F. Martinez
                         United States Magistrate Judge
```